THE HONORABLE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | No. CR11-5539-RJB |
|---|---|
| Plaintiff, | ORDER TO SEAL |
| v. | |
| REID JOHNSTON, | |
| Defendant. | |

The Court having considered Defendant's Motion to Seal requesting that the Ex Parte Motion to Withdraw and Appoint Counsel in this case be sealed,

IT IS HEREBY ORDERED that the Ex Parte Motion to Withdraw and Appoint Counsel be and remain sealed until further order of this Court.

DATED this 15th day of March, 2012.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

Presented by:

s/ John Henry Browne
Attorney for Reid Johnston

DEFENDANT'S MOTION TO SEAL - 1