The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | CR11-5539RJB |
|---|---|---|
| Plaintiff, | ) | ~~(PROPOSED)~~ |
| v. | ) | ORDER TO SEAL GOVERNMENT'S CONSOLIDATED PLEADING RE: COMPETENCY EVALUATION, SUBSTITUTION OF COUNSEL AND REQUEST FOR BOND VIOLATION |
| REID JOHNSTON, | ) | |
| Defendant. | ) | |

The government has moved to seal its Consolidated Pleading Re: Competency Evaluation, Substitution of Counsel and Request for Bond Violation filed in this case. Good cause having been shown, therefore,

IT IS HEREBY ORDERED that said Pleading be filed under seal, as the document references a letter written by the defendant, which the Court has previously filed under seal.

//
//
//

11-CR-05539-ORD

ORDER SEALING GOVERNMENT'S CONSOLIDATED PLEADING - 1
U.S. v. REID JOHNSTON / CR11-5539RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED this 23 day of April, 2012.

ROBERT J. BRYAN
UNITED STATES DISTRICT COURT JUDGE

Presented By:

*s/ Matthew D. Diggs*
MATTHEW D. DIGGS
Assistant United States Attorney

*s/ C. Seth Wilkinson*
C. SETH WILKINSON
Special Assistant United States Attorney

ORDER SEALING GOVERNMENT'S CONSOLIDATED PLEADING - 2
U.S. v. REID JOHNSTON / CR11-5539RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970