UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. CR11-5539RJB |
|---|---|
| Plaintiff, | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | |
| REID JOHNSTON, | |
| Defendant. | |

This matter comes before the court on the above-referenced motion (Dkt. 62). The court is familiar with the records and files herein, documents filed in support of and in opposition to the motion, and the transcript of the motion hearing on April 23, 2012.

It appears to the court that no error was made in remanding the defendant to custody for a competency evaluation, and the motion should be DENIED.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 7th day of May, 2012.

ROBERT J. BRYAN
United States District Judge