JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR11-5539RBJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING DEFENSE COUNSEL'S EX PARTE MOTION TO WITHDRAW AND APPOINT CJA COUNSEL |
| REID JOHNSTON, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Defense Motion to Withdraw and for Substitution of Counsel,

NOW THEREFORE IT IS HEREBY ORDERED that the Ex Parte Motion of Counsel be sealed.

DONE this 10th day of January, 2013.

_____
Robert J Bryan
United States District Judge

Presented by:

/s/ *Miriam F. Schwartz*
Miriam F. Schwartz
Attorney for Defendant

ORDER SEALING EX PARTE MOTION– page 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway , Suite 400
Tacoma, Washington  98402
(253) 593-6710